

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name: Deborah Durst v. Commons at Westbrae Homeowners Association, Inc.

Appellate case number: 01-20-00037-CV

Trial court case number: 2019-63360

Trial court: 269th District Court of Harris County

It is ordered that appellant's motion for rehearing is **denied.**

Judge's signature: _____/s/ Julie Countiss_____
Acting for the Court

Panel consists of: Justices Goodman, Landau, and Countiss.

Date: March 31, 2020